IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-17-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL JEROME PURVIS | ) | |

This matter is before the court upon receipt of correspondence from defendant dated April 7, 2014, which the court construes as a motion to transfer. The court DIRECTS the clerk to file the correspondence as a motion to transfer, and court DIRECTS the government to respond to the motion, after consultation with the United States Probation Office, within twenty-one (21) days of the date of this order.

SO ORDERED, this the 11th day of April, 2014.

LOUISE W. FLANAGAN
United States District Judge