IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-17-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL JEROME PURVIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to transfer (DE 213). The government responded in opposition, seeking dismissal of the motion (DE 216). This court resentenced defendant on February 21, 2014, and in amended judgment entered that date the court recommended that defendant serve his term of imprisonment at a facility in the New York area. Defendant contends the Bureau of Prisons has refused to submit a request for placement in a Residential Reentry Center in Bronx, New York, and refused to request relocation of his supervised release district. This court lacks jurisdiction to further direct defendant's placement and location at this time. Furthermore, the court notes the government's statement in its response that a "request for the relocation of [defendant's] supervised release district has been submitted to the United States Probation Office ("USPO"), and upon approval of the relocation, the BOP will review Defendant's individual case for possible referral for RRC placement in the Southern District of New York," as well as further administrative developments detailed in the government's response rendering the relief requested moot. Therefore, the motion to transfer is DISMISSED.

SO ORDERED, this the 6th day of May, 2014.

LOUISE W. FLANAGAN
United States District Judge